Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy and O'Malley, JJ.

J. Aron & Company, Respondent, v. Panama Rail Road Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

Henry Sanderson, Respondent, v. Jay Cooke and Others, Appellants.— Judgment and orders affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

Emma L. Lee, Respondent, v. Nard Corporation, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

William J. Lee, Respondent, v. Nard Corporation, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

Albion Trading Company, Inc., Plaintiff, and J. Sylvester Bretz, Respondent, v. The London Assurance Corporation, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

Albion Trading Company, Inc., Plaintiff, and J. Sylvester Bretz, Respondent, v. The London Assurance Corporation, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

Patrick Byrne, Respondent, v. John J. Meehan, Appellant, Impleaded with Another.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $12,163.61; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

Frank Menke, Appellant, v. Heyman & Goodman Co., Inc., Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

Nathalie McKinless, Respondent, v. Shelton Holding Corporation and Another, Defendants, Impleaded with Shelton Operating Co., Inc., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

Albert Pagenkopf, Appellant, v. John Giannattasio, Respondent.— Order reversed, with costs and disbursements, and verdict reinstated. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

The People of the State of New York ex rel. German Masonic Temple Association of the City of New York, Appellant, v. Henry M. Goldfogle and Others, Respondents.— Final order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ. [136 Misc. 100.]

Charles E. Sullivan, Appellant, v. W. A. Harriman & Co., Inc., and Georgian Manganese Company, Ltd., Respondents. (Action No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

Charles E. Sullivan, Appellant, v. W. A. Harriman & Co., Inc., Respond-